# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Palmer,<br><br>    Plaintiff,<br><br>v.<br><br>Aetna Medicaid Administrators LLC,<br><br>    Defendant. | No. CV-23-02547-PHX-DWL<br><br>**ORDER** |

**IT IS ORDERED** granting the stipulation of dismissal (Doc. 42).

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed without prejudice, with each party bearing its own costs and attorneys' fees.

Dated this 18th day of January, 2024.

_____
Dominic W. Lanza
United States District Judge